IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SANDRA EVERSON,

        Petitioner,

v.                                      4:12cv347-WS

KENNETH TUCKER,

        Respondent.

_____

ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed September 26, 2012. The magistrate judge recommends that the petitioner's claims be dismissed without prejudice for failure to prosecute.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The petitioner's complaint and this case are hereby DISMISSED, without prejudice, for failure to prosecute.

3. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this ___29th___ day of ___October___, 2012.




s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE